# EXHIBIT C

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| RANDSTAD TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>LISETTE ROBLES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>File No. 20106125 |

**DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL**

TO: Randstad Technologies, LLC
By and through its Counsel of Record
Robert C. Stevens, Esq.
Alex Meier, Esq.
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3962

Defendant Lisette Robles hereby gives notice that the undersigned has filed the attached Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division. Pursuant to 28 U.S.C. § 1446(d), the above-styled action is now removed and all further proceedings in the Superior Court of Cobb County, State of Georgia, are stayed.

Respectfully submitted, this the 5th day of October, 2020.

BERMAN FINK VAN HORN P.C.

*/s/ Benjamin I. Fink*
Benjamin I. Fink
Georgia Bar No. 261090
Lea C. Dearing
Georgia Bar No. 922882
3475 Piedmont Road, N.E.
Suite 1100
Atlanta, Georgia 30305
(404) 261-7711
bfink@bfvlaw.com

ldearing@bfvlaw.com

*Counsel for Defendant Lisette Robles*

## CERTIFICATE OF SERVICE

I certify that, on October 5, 2020, I electronically filed the foregoing **DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL** with the Clerk of Court using the **PeachCourt** system which will automatically send e-mail notification of such filing to the following attorneys of record, and also by e-mail as follows:

Robert C. Stevens, Esq.
Alex Meier, Esq.
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3962
bstevens@seyfarth.com
ameier@seyfarth.com
***Counsel for Plaintiff***

BERMAN FINK VAN HORN P.C.

*/s/ Benjamin I. Fink*
Benjamin I. Fink
Georgia Bar No. 261090

*Counsel for Defendant Lisette Robles*

3475 Piedmont Road, N.E., Suite 1100
Atlanta, Georgia 30305
(404) 261-7711
(404) 233-1943 (Fax)