# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| RANDSTAD TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LISETTE ROBLES,<br><br>Defendant. | ) | CIVIL ACTION FILE NO:<br>______________________<br><br>(Removed from the Superior Court of Cobb County) |

**DECLARATION OF LISETTE ROBLES**

I, Lisette Robles, make the following Declaration under oath pursuant to 28 U.S.C. section 1746:

1.

My name is Lisette Robles. I am a resident of the State of Arizona. I voluntarily and freely make this Declaration on my own personal knowledge for use as evidence in relation to the above-captioned matter and for any and all other uses and purposes authorized by law. I am over the age of eighteen years, am suffering from no legal disability, and am competent and authorized to make this Declaration and to testify to the statements contained herein.

2.

When I worked at Randstad, my primary client (referred to as "Client A" in Plaintiff's Complaint) had generated business for Randstad of approximately [redacted] in 2020 and will likely generate as much as [redacted] in total in 2020. I also had about another [redacted] in business with other clients.

3.

I earned approximately $150,000 at Randstad in 2020. I anticipate earning approximately $100,000-$125,000 in my first year at Beacon Hill.

Executed on this 5th day of October, 2020.

DocuSigned by:

B0403C16E61A4B0...

Lisette Robles