**SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **RANDSTAD TECHNOLOGIES, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION** |
| **v.** | **FILE NO. 20106125** |
| **LISETTE ROBLES,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**PROPOSED TEMPORARY RESTRAINING ORDER AND RULE NISI**

On Thursday, October 1, 2020, Plaintiff Randstad Technologies, LLC ("Plaintiff" or "Randstad") filed a Motion for Temporary Restraining Order (the "Motion"). The Motion is supported by Randstad's Memorandum of Law, as well as the supporting affidavits of Marcus Pinchera and eff Panning. The Court heard oral argument on Randstad's Motion on , 2020 (the "Hearing"). Defendant was provided advance notice of the Hearing and given the opportunity to attend.

The Court believes immediate consideration is appropriate in light of the evidence presented. After considering all evidence, it appears to the Court from the specific facts shown that Plaintiff has met the standards applicable to the award of a temporary restraining order. *See arden ills Civic ss n v. M RT*, 539 S.E.2d 811, 812-13 (Ga. 2000).

T S HEREBY ORDERED THAT, pursuant to O.C.G.A. § 9-11-65, from the date of entry of this Order until the Court enters an order on Randstad's forthcoming Motion for a Preliminary njunction, Defendant, including her agents, representatives, employers, and or

anyone else active in concert or participation with her who receives notice of this Order by personal service or otherwise, are hereby ordered as follows:

1. Defendant Robles is enjoined from wor ing for Beacon Hill Staffing Group, LLC, and any company that performs activities substantially similar to those she performed for Randstad within a 25-mile radius of any location where she performed services for Randstad, or from holding any position as an employee, agent, contractor, or otherwise, for or with any person or entity which engages in activities competitive with the business of Plaintiff in violation of the terms of the Non-Competition and Confidentiality Agreement (the "Agreement") attached to this Order as Exhibit A;

2. Defendant Robles is enjoined from contacting, soliciting, servicing, or selling, or attempting to contact, solicit, service, or sell any Randstad customer with which she had material contact during the 12-month period prior to her resignation from Randstad for the purpose of providing the same services or substantially similar service to those she provided when employed by Randstad;

3. Defendant Robles shall deliver (within 7 business days of entry of this Order) to the offices of Plaintiff's counsel, Seyfarth Shaw LLP, located at 1075 Peachtree Street, Suite 2500, Atlanta, Georgia 30309: (i) any computer devices or electronic storage media or devices in her possession, custody, or control that currently or previously contained any of Plaintiff's trade secrets or other confidential or proprietary information, and (ii) any other property of Plaintiff, in any format, in her possession, custody or control;

4. Robles shall identify (within 7 business days of entry of this Order) any and all Randstad customers, placement candidates, and employees whom Robles, or anyone acting on her behalf, has solicited or otherwise contacted on or after September 8, 2020, including: (a) the

date(s) and time(s) the contact occurred; (b) the name of the person(s) contacted; (c) the method(s) of communication; and (d) a description of what was discussed; and

5. Robles shall immediately preserve all data and information in their possession, custody, or control, of any type and however maintained, pertaining to Plaintiff's business or the allegations set forth in Plaintiff's Complaint in this action, including, but not limited to, data and information in an electronic format.

6. Plaintiff's Motion for Preliminary njunction shall be heard by this Court on , 2020 at a.m. p.m. in Courtroom .

7. Plaintiff shall serve this Order on Defendant.

T S SO ORDERED, this day of , 2020, at a.m. p.m.

udge, Superior Court of Cobb County



65852803v.2