# EXHIBIT D

# Delaware

The First State



*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE CERTIFICATE OF FORMATION OF "RANDSTAD LLC", WAS RECEIVED AND FILED IN THIS OFFICE THE NINTH DAY OF JANUARY, A.D. 2001.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID LIMITED LIABILITY COMPANY IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME FORFEITED THE TWELFTH DAY OF APRIL, A.D. 2002, FOR FAILURE TO OBTAIN AND DESIGNATE A REGISTERED AGENT.*

Jeffrey W. Bullock, Secretary of State

SECRETARY'S OFFICE 1793 DELAWARE 1855

3342031 8425
SR# 20207701980

Authentication: 203814419
Date: 10-07-20

You may verify this certificate online at corp.delaware.gov/authver.shtml

# *State Of Delaware*

Entity Details

10/7/2020 8:31:02AM

| | | | |
|---|---|---|---|
| File Number: | 3342031 | Incorporation Date / Formation Date: | 1/9/2001 |
| Entity Name: | RANDSTAD LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Cancelled, Failure to appoint a R/A | Status Date: | 4/12/2002 |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | UNASSIGNED AGENT | | |
| Address: | | | |
| City: | | Country: | |
| State: | NullValue | Postal Code: | 95050 |
| Phone: | | | |