# EXHIBIT E

ID# 2020-0105990-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
20106125
C. LaTain Kell Sr. - 49
SEP 30, 2020 04:43 PM
Rebecca Keaton, Clerk of Superior Court
Cobb County, Georgia

DISCLOSURE STATEMENT
CLERK OF SUPERIOR COURT

CASE NUMBER **20106125**

**Randstad Technologies, LLC**
Plaintiff

Vs.

**Robles, Lisette**
Defendant

TYPE OF ACTION

- ○ Divorce without Agreement Attached
- ○ Divorce with Agreement Attached
- ○ Domestic Relations
- ✔ Damages Arising out of Contract
- ○ Damages Arising out of Tort
- ○ Condemnation
- ○ Equity
- ○ Zoning – County Ordinance Violations (i.e., Injunctive Relief-Zoning)
- ○ Zoning Appeals (denovo)
- ○ Appeal, Including denovo appeal – excluding Zoning
- ○ URESA
- ○ Name Change
- ○ Other
- ○ Recusal
- ○ Adoption

PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filed in this court (Whether pending simultaneously or not)?

- ✔ NO
- ○ YES – If yes, please fill out the following:

1. Case # ____________________
2. Parties ____________________
3. Assigned Judge _____________
4. Is this case still pending? ○ Yes ○ No
5. Brief description of similarities:

/S/ **Meier, Alex**
Attorney or Party Filing Suit